| EXHIBIT |
|---------|
| 2       |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| LACI DROLL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF KEOTA, IOWA; TONY CANSLER, in his official capacity as Mayor; and DOUG CONRAD, in his official capacity as Police Chief, Defendants. | Case No.<br><br>**Declaration of Janis Bradley, MA** |

I, Janis Bradley, swear, state, and testify that the following facts are true and correct:

1. I am over the age of majority and am otherwise competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the same.

2. This Declaration is submitted in support of Plaintiffs' Motion for Temporary Restraining Order.

3. Attached as Exhibit 1 is a copy of my curriculum vitae which outlines my professional qualifications, expertise and publications. In brief, I have trained and certified more than 450 dog trainers at the San Francisco Society for the Prevention of Cruelty to Animals between 2000 and 2009, where I worked directly with more than 1,500 dogs of all breeds and appearances and observed many more. I have worked for 15 years with owners and their pets that had evidenced behavior problems, specializing in aggression issues. I have authored multiple papers for peer reviewed academic journals on canine behavior and am the author of *Dogs Bite, But Balloons and Slippers are More Dangerous*, used as the complete guide to research on dog bites, of *Dog Bites: Problems and Solutions* (Animals and Society Institute) and *The Relevance of Breed in Selecting a Companion Dog* (National Canine Research Council Vision Series), which includes a survey of all the current scientific literature regarding breeds and behavior.

HB: 4842-5074-1430.4

4. I lecture widely on these topics at meetings of various research conferences and meeting of animal control and humane organizations.

5. Kenneling is well documented as stressful for dogs. It is typically studied in the context of animal shelters, but the pertinent conditions are usually similar in private boarding kennels. These include small single confinement spaces separate from other dogs, and most importantly, from day to day household contact with people, particularly from the people with whom they have formed attachments. Noise levels are often high and dogs are being walked past these small kennels throughout the day. Under these conditions cortisol levels spike immediately (Hennesey et al., 2001; Protopopova, 2016; Stephen & Ledger, 2006) . Dogs have been shown to have individual personalities, meaning stable patterns of responses to similar stimuli that comprise the behavioral and emotional characteristics of that dog. However, being housed in a kennel environment affects behavior (meaning specific responses) so profoundly that personality traits cannot even be validly measured in such a context. (Marder et al., 2013; Mohan-Gibbons et al., 2012; Patronek & Bradley 2016; Patronek et al., 2016; Taylor & Mills, 2006).

6. New research has shown that when dogs are released from a kennel into a home environment, they often sleep for the best part of the first 24 hours, due to the emotional and physical exhaustion from the stresses of the kennel (Gunter et.al., 2019). At least part of this stress is almost certainly an effect of separation from the humans with whom the dog has formed bonds.

7. A robust body of research demonstrates that dogs form emotional connections with the people whose homes they share much as human infants and toddlers form bonds with mothers, and respond similarly to the absence and presence of those people (Gacsi et al., 2013; Kis et al., 2014; MacLean & Hare, 2015; Nagasawa et al., 2009; Payne et al, 2015).

8. Unsurprisingly, dogs who are removed from the home they share with a human family are at a well-documented and very elevated risk for developing a clinical condition called separation anxiety (Voith 1985). It is not uncommon for dogs suffering from this condition to injure themselves severely or even fatally because of the panic they experience when left alone.

9. While behavior modification techniques and psychotropic medications exist for the treatment of this condition, these treatments require the services of a behavior consultant and are not always successful, particularly given the dramatic lifestyle changes on the part of the owners for the extended period of time necessary to implement the behavior modification program.

10. The longer a dog is forced to cope with a kennel environment, the more likely he is to learn responses that will prove problematic when he is returned to his home.

11. One example is responses to other dogs. Kennel environments typically keep dogs socially isolated from other dogs, with few if any opportunities for normal, free interactions with their own species. In addition, kennel environments generally subject dogs to having other dogs walked past their enclosures in close proximity without access to the dogs, and they themselves are walked past other dogs' enclosures, often being barked and lunged at. This results in both frustration and fear which can often teach a dog who was previously perfectly calm around other dogs to bark and lunge himself in response when he sees a dog.

12. This behavior is dangerous and frightening for the person walking the dog, disruptive in a household, and extremely stressful for the dog. Again, it can be remedied through the services of a behavior consultant, but this is expensive and time consuming and not always successful. There are a variety of behavior modification approaches recommended by various practitioners, but no rigorous study has been completed on the success rates of these. Behavior

consultants have authored entire books on the complexity of the techniques involved (Stewart, 2016).

13. All of these difficulties for both the dog and the owner are entirely preventable, simply by keeping the dog in his natural environment, his home.

14. Attached as Exhibit 2 are full citations to the materials referenced in this Declaration.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct.

Executed on: March 9, 2020.

_____
Janis Bradley, MA

**EXHIBIT 1**

# Janis Bradley, MA, CTC

Director of Communications and Publications, National Canine Research Council

1175 6th St SE
Bandon, OR
510 7614207

## Books and policy papers

Series), which includes a survey of all the current scientific literature *Dogs Bite, But Balloons and Slippers are More Dangerous*, *(James and Kenneth 2005)* used as the complete guide to research on dog bites

*Dog bites: Problems and solutions.* 2nd edition, 2014. Animals and Society Institute.

*The Relevance of Breed in Selecting a Companion Dog.* **2011** (National Canine Research Council Vision regarding breeds and behavior

## Academic journal publications

Patronek, G. J., Bradley, J., & Arps, E. (2019). What is the evidence for reliability and validity of behavior evaluations for shelter dogs? A prequel to "No better than flipping a coin". *Journal of Veterinary Behavior: Clinical Applications and Research, 31, 43-58.*

Arluke, A., Cleary, D., Patronek, G., & Bradley, J. (2018). Defaming rover: error-based latent rhetoric in the medical literature on dog bites. *Journal of Applied Animal Welfare Science*, *21*(3), 211-223.

Patronek, G. J., Bradley, J., & Cleary, D. (2016). Who is minding the bibliography? Daisy chaining, dropped leads, and other bad behavior using examples from the dog bite literature. *Journal of Veterinary Behavior: Clinical Applications and Research*, *14*, 17-19.

Patronek, G. J., & Bradley, J. (2016). No better than flipping a coin: Reconsidering canine behavior evaluations in animal shelters. *Journal of Veterinary Behavior: Clinical Applications and Research*, *15*, 66-77.

## Behavior Experience

### San Francisco Society for the Prevention of Cruelty to Animals, Academy for Dog Trainers

Trained and certified more than 450 dog trainers between 2000 and 2009, working directly with more than 1,500 dogs of all breeds and appearances

### Janis Bradley Dog Training Services

Worked for 15 years with owners and their pets who had evidenced behavior problems, specializing in aggression issues

## Presentations at professional conferences on Breeds, Behavior, and Dog Bites

*Canine Science Conference*

- *2019 (October)* "What is the evidence for reliability and validity of behavior evaluations for shelter dogs?"

*Interdisciplinary Forum for Applied Animal Behavior*

- *2018* "Defaming Rover: Error-based Latent Rhetoric in the Medical Literature on Dog Bites"

- *2017*
    - *"Do the Math: Behavior evaluations flunk"*
    - *"Attitudes toward and perceptions of Canine Problem Behaviors"*
- *2016*
    - Getting It Right: Canine Research and the Academic Covenant of the Lit Review
    - Rethinking the "A" word. Are Pet Owners Ahead of the Curve on Aggression? Is Conflict a Synonym for Aggression?

*Pet Professional Guild*

- *2018*
    - What we say is as important as what we do.  And what the heck is confirmation bias anyway?
    - Is that a smile or a snarl on your lips, little pup?  Is what I see all there is?
    - Love the one you're with:  Stranger fear workshop
- 2017
    - In defense of anthropomorphism. When *is* a dog like a person?
    - Are we creating helicopter pet parents? Studies with implications for the unintended consequence of hypervigilance
- 2016
    - "Words matter:  Have you caught the catastrophizing virus?"
    - "A protocol for helping dogs with stranger fear: can the recent scientific findings in dog behavior suggest ways to accelerate this process?"
    - Do the math: behavior evaluations flunk

Canine Behavior Symposium, 2017.No Better Than Flipping a Coin: Reconsidering Canine Behavior Evaluations in Animal Shelters

**Association of Professional Dog Trainers, 2014** "Taking Dog Bites from 60 to 0: Common Sense Diffusion of Community Hysteria"

**University of Florida Shelter Medicine Conference 2014**
**Florida Animal Control Association, 2014**

**Colorado Federation of Animal Welfare Agencies, 2013** "The Relevance of Breed in Selecting a Companion Dog: Animal Welfare Implications"

**Virginia Federation of Humane Societies, 2013**

**Texas Unites for Animals 2013** (Texas Federation of Humane Societies and the Texas Animal Shelter Coalition)

**The Humane Society of the United States: Animal Care Expo, 2012**

**Masters in Behavior Conference, 2012**

## **Exhibit 2**

References

Gácsi, M., Maros, K., Sernkvist, S., Faragó, T., & Miklósi, Á. (2013). Human analogue safe haven effect of the owner: behavioural and heart rate response to stressful social stimuli in dogs. *PLoS One, 8*(3), e58475.

Gunter, L. M., Feuerbacher, E. N., Gilchrist, R. J., & Wynne, C. D. (2019). Evaluating the effects of a temporary fostering program on shelter dog welfare. *PeerJ, 7*, e6620.

Hennessy, M.B., Voith, V.L., Mazzei, S.J., Buttram, J., Miller, D.D., Linden, F., 2001. Behaviour and cortisol levels of dogs in a public shelter, and an exploration of the ability of these measures to predict problem behavior after adoption.

Kis, A., Klausz, B., Persa, E., Miklósi, Á., Gácsi, M., 2014. Timing and presence of an attachment person affect sensitivity of aggression tests in shelter dogs.

MacLean, E. L., & Hare, B. (2015). Dogs hijack the human bonding pathway. *Science, 348*(6232), 280-281.

Marder, A.R., Shabelansky, A., Patronek, G.J., Dowling-Guyer, S., Segurson D'Arpino, S., 2013. Food-related aggression in shelter dogs: A comparison of behavior identified by a behavior evaluation in the shelter and owner reports after adoption.

Mohan-Gibbons, H., Weiss, E., Slater, M., 2012. Preliminary investigation of food guarding behavior in shelter dogs in the United States. *Animals (Basel), 2*, 331–346. Accessed February 28, 2019.

Nagasawa, M., Mogi, K., & Kikusui, T. (2009). Attachment between humans and dogs. *Japanese Psychological Research, 51*(3), 209-221.

Patronek, G.J, Bradley, J., 2016. No better than flipping a coin: Reconsidering canine behavior evaluations in animal shelters. J. Vet. Behav. Clin. Appl. Res. 15, 66–77

Patronek, G. J., Bradley, J., & Arps, E. (2019). What is the evidence for reliability and validity of behavior evaluations for shelter dogs? A prequel to "No better than flipping a coin". *Journal of Veterinary Behavior*.

Payne, E., Bennett, P. C., & McGreevy, P. D. (2015). Current perspectives on attachment and bonding in the dog–human dyad. *Psychology research and behavior management, 8*, 71.

Protopopova, A. (2016). Effects of sheltering on physiology, immune function, behavior, and the welfare of dogs. *Physiology & Behavior, 159*, 95-103.

Stephen, J. M., & Ledger, R. A. (2006). A longitudinal evaluation of urinary cortisol in kennelled dogs, Canis familiaris. *Physiology & Behavior, 87*(5), 911-916.

Stewart, G. (2016). *Behavior Adjustment Training 2.0: New Practical Techniques for Fear, Frustration, and Aggression*. Dogwise Publishing.

Taylor, K.D., Mills, D.S., 2006. The development and assessment of temperament tests for adult companion dogs. J. Vet. Behav: Clin. Appl. Res. 1, 94–108.

Voith, V. L. (1985). Separation anxiety in dogs. *The Compendium on continuing education for the practicing veterinarian.*