# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| LACI DROLL, an individual,<br>Plaintiff,<br><br>v.<br><br>THE CITY OF KEOTA, IOWA,<br><br>Defendant | Case No. 4:20-cv-88<br><br>**DECLARATION OF RANDALL LOCKWOOD, PHD** |

I, Randall Lockwood, PhD, hereby state and declare as follows:

1. I am over the age of eighteen and competent to make this Declaration. I make this Declaration based on my own personal knowledge, and if called to testify as a witness in this action, I would testify substantially as follows.

2. I have been disclosed by Plaintiff in this matter as an expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2)(B).

3. I have submitted a report regarding my expert opinions in this matter, stating generally, among other things, that breed-specific restrictions and regulations have been resoundingly and universally opposed by professionals in veterinary medicine, animal behavior, animal care and control, and animal protection as an approach that is ineffective, costly, epidemiologically unsound, and unfair to responsible owners of affected dogs.

4. I understand that Defendant has retained Dr. Felicia Trembath to provide expert opinions in this matter and her opinions include the following:

    a. Visual identification of dog breeds is a reliable means of determining breed and dogs of pit bull breeds can be accurately identified by physical characteristics;

b. In a practical application of breed identification, animal shelter workers are 96% accurate at identifying pit bull and pit bull mix dogs;

c. Dog bites are a persistent and serious public health concern, affecting approximately 4.5 million Americans per year;

d. Dog bites disproportionately affect children; additionally, children who are bitten by dogs are more likely to suffer bites to the head, face, and neck;

e. Although the number of estimated dog bites has remained relatively constant for over 20 years, the rate of severe and fatal dog bites seems to be increasing. Comparing the time periods 1979-1994 and 2000-2009 there was a 37.7% increase in dog bite related fatalities;

f. Pit bulls are disproportionately responsible for dog bites and dog bite fatalities;

g. Pit bulls are more likely than other breeds of dogs to inflict severe injuries;

h. Pit bulls are disproportionately responsible for severe and fatal attacks on other animals;

i. BSL is correlated with a reduction in reported dog bites in cities across the United States;

j. BSL is effective at reducing dog bite injuries presenting to the emergency department and dog bite injury hospitalizations;

k. In many instances, BSL is a more humane method of managing the population of regulated animals; shelter euthanasia rates of pit bulls decline in areas with pit bull bans;

l. Reactive dog policies that regulate individual animals only after an attack has happened are not sufficient to prevent severe and fatal attacks; and

m.  Legal challenges to BSL and the voluntary repeal of BSL is not based on science, but on public relations and emotional appeals.

5. I understand Defendant has used information contained in Dr. Trembath report to form, at least in part, the basis of Defendant's Motion for Summary Judgment.

6. I cannot fully assess the contents of Dr. Trembath's report and conclusions contained therein until all data, data sets, or data compilations reviewed or relied on by Dr. Trembath in preparing her report in this litigation are provided to me to analyze. I understand this information has been requested from Defendant's counsel through Requests for Production of Documents propounded on March 10, 2020 as related to:

   a.  2016 study referenced on page 1 of Dr. Trembath's report;

   b.  Underlying data utilized in 15 Year U.S. Dog Bite Fatality Chart – 2005 to 2019; and

   c.  Underlying data utilized in assertion that "BSL is correlated with a reduction in dog bites in cities across the United States . . . including: Denver, CO; Council Bluffs, IA; Pawtucket, RI; Ottumwa, IA; Prince George County, MD; Springfield, MO; Salina, KS; Saginaw, MI; Lancaster, CA."

7. Further, I cannot fully assess the contents and conclusions contained in Dr. Trembath's report until she has been deposed and the conclusions contained in the report have been more fully explained. Depending on what Dr. Trembath testifies to, I may offer a rebuttal expert opinion on the opinions which Dr. Trembath has offered in her expert report and which for the basis of Defendant's Motion for Summary Judgment. Specifically, Dr. Trembath deposition is anticipated to reveal, among other things:

   a.  The data underlying Dr. Trembath's opinions and potential flaws in that data;

b. The inconsistencies and flaws in Dr. Trembath's opinions and conclusions;

c. The flaws in the studies Dr. Trembath cites to and relies on as a basis for her opinions and conclusions;

d. The articles and studies Dr. Trembath cite to and relies upon which have since been renounced by its author and/or prominent organizations in this field;

e. Whether all appropriate considerations were taken into account when forming her opinions; and

f. The limitations of the Dr. Trembath's opinions.

\* \* \* \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

EXECUTED this 23rd day of March 2021, in Omaha, Nebraska.

*Randall Lockwood*
_____
Randall Lockwood, PhD